UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY and FEDERAL INSURANCE COMPANY, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 07-11140-JLT |
| CNA INSURANCE COMPANY, (EUROPE) LIMITED, | * * * | |
| Defendant. | * * | |
| and CNA INSURANCE COMPANY LIMITED | * * * | |
| Rule 19 Defendant. | * | |

ORDER

January 12, 2010

TAURO, J.

For the reasons set forth in the accompanying memorandum, this court hereby orders that Plaintiffs' Motion for Partial Summary Judgment on Counts I and II of the First Amended Complaint [#75] is DENIED and Defendants' Cross Motion for Summary Judgment [#85] is ALLOWED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro

United States District Judge